

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00522-CV

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER,**

From the County Court, Menard County, Texas
Trial Court No. 2013-02059A
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

Appellee's brief was originally due December 19, 2018; however, the court granted an extension of time until January 18, 2019. Appellee has filed a motion requesting a further thirty-day extension of time to file the brief.

We **grant** the motion and **order** appellee's brief due February 19, 2019. Appellee is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court